**E-filed 3/1/07**

SUE CAMPBELL
Attorney at Law, Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN STATE ELECTRIC, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C06-01475 JF PVT ADR<br><br>CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER<br><br>DATE:  March 2, 2006<br>TIME:  10:30 A.M.<br>PLACE: Courtroom 3, 5th Floor<br><br>JUDGE: Hon. Jeremy Fogel |

   Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case.

   The case settled at mediation. Plaintiffs and Defendants have finalized a settlement agreement, and the document is out for signatures.

   Plaintiffs would like to continue the case for thirty (30) days for all parties to sign the settlement agreement.

Dated: February 23, 2007

Respectfully submitted,

SUE CAMPBELL
Attorney for Plaintiff

1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

## ORDER

The Case Management Conference is hereby continued to April 6, 2007, at 10:30 a.m., in Courtroom 3, 5th Floor. Plaintiffs and Defendants will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 3/1/07

*/s/ Jeremy Fogel*

JUDGE OF THE U.S. DISTRICT COURT
JEREMY FOGEL

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 1155 North First Street, Suite 101, San Jose, California 95112. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**CASE MANAGEMENT CONFERENCE STATEMENT**

[X] (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

[X] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Scott A. Lewis
Perry, Johnson, Anderson, Miller & Moskowitz, LLP
438 First Street, Suite 400
P. O. Box 1028
Santa Rosa, CA 95402

[X] (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 23, 2007, at San Jose, California.

*Christine Delgadillo*
CHRISTINE DELGADILLO